UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARE BRONFMAN,<br><br>  Petitioner-Plaintiff,<br><br>v.<br><br>TIMETHEA PULLEN, in her official capacity as Warden of FCI Danbury; FEDERAL BUREAU OF PRISONS; BRYAN ANTONELLI, in his official capacity as Acting Regional Director of the Federal Bureau of Prisons' Northeast Region; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons,<br><br>  Respondents-Defendants. | Case No. 22-cv-838-JAM |

**MOTION TO SEAL EXHIBITS**

To the Honorable Court:

  Petitioner-Plaintiff Clare Bronfman ("Ms. Bronfman"), through undersigned counsel, respectfully moves to file Exhibits B and C of the Petition for Writ of Habeas Corpus, DE-1 (Pet.), under seal.

  Sealing is appropriate where, as here, it is "essential to preserve higher values" and is "narrowly tailored to serve that interest. *See Lugosch v. Pyramid Co.*, 435 F.3d, 110, 120 (2d Cir. 2005) (quoting *In re New York Times Co.*, 828 F.2d. 110, 116 (2d Cir. 1987); *Susquehanna v. Hibernia Express (Ireland) Ltd*., 2021 U.S. Dist. LEXIS 151075 at *5 (S.D.N.Y. Aug. 11, 2021) (explaining that a parties' interest in confidentiality, "particularly where public disclosure of the information might harm a litigant[]," cautions against public disclosure).

  Exhibit B consists of Ms. Bronfman's Presentence Investigation Report ("PSR") in her collateral criminal proceeding in *United States v. Raniere et al.,* E.D.N.Y. 18-cr-204-3, for which she is presently incarcerated. This document contains highly sensitive information including Ms. Bronfman's personal and financial information as well as sensitive details regarding the offense conduct such as the identities of victims.

Exhibit C consists of Ms. Bronfman's defense counsels' informal objections to the PSR in which the above-described sensitive information is discussed in detail.

Moreover, the district court in Ms. Bronfman's collateral criminal proceeding issued a protective order barring the public disclosure of sensitive information related to the that case, which further supports sealing . *See Raniere et al.,* E.D.N.Y. 18-cr-204-3, DE-909 (Stipulation & Order).

For the foregoing reasons, it is requested that the Court take note of the present motion and permit the Petitioner-Plaintiff to file the above-referenced exhibits under seal.

Date: July 11, 2022

Respectfully submitted,

**LAW OFFICE OF MICHAEL L. CHAMBERS, JR.**

By: __/s_____
 Michael L. Chambers (CT Bar No. 423287)

Law Office of Michael L Chambers Jr.
2 Congress St
Hartford, CT 06114
michael@mchamberslaw.com

**RONALD SULLIVAN LAW, PLLC**

Ronald S. Sullivan Jr.
(*pro hac vice*)
1300 I Street, N.W., Suite 400 E
Washington, D.C. 20005

**LEVIN & ASSOCIATES, PLLC**

Duncan Levin
(*pro hac vice*)
44 Court Street, Suite 905
Brooklyn, New York 11201
Tel.: (212) 330-7626
dlevin@levinpllc.com

*Counsel for Petitioner-Plaintiff Clare Bronfman*