# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLARE BRONFMAN, | : | |
| *Petitioner-Plaintiff,* | : | |
| | : | |
| v. | : | No. 3:22-cv-838 (JAM) |
| | : | |
| TIMETHEA PULLEN, et al., | : | August 5, 2022 |
| *Respondents-Defendants.* | : | |

## RESPONDENT'S RESPONSE TO SHOW CAUSE ORDER
## AND MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and in response to

the Court's May 10, 2022 Order to Show Cause, ECF No. 10, Respondent Timethea Pullen, the

Warden of Federal Correction Institute at Danbury ("FCI Danbury"), in her official capacity

("Respondent"), respectfully moves to dismiss petitioner Clare Bronfman's ("Petitioner")

Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF 1.  In support of this

motion, Respondent submits the attached memorandum of law.


Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Natalie N. Elicker*
NATALIE N. ELICKER (ct28458)
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
T: (203) 821-3700
F: (203) 773-5373
Natalie.Elicker@usdoj.gov