UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARE BRONFMAN, : | |
|     *Petitioner-Plaintiff*, : | |
| : | |
| v. : | No. 3:22-cv-838 (JAM) |
| : | |
| TIMETHEA PULLEN, et al., : | November 16, 2022 |
|     *Respondents-Defendants*. : | |

## STIPULATION OF DISMISSAL

On July 5, 2022, Petitioner Clare Bronfman filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On October 14, 2022, she filed an amended petition. ECF No. 32. The parties agree that, as of November 9, 2022, petitioner's Bureau of Prisons classification does not include a "sex offender" public safety factor. In light of the foregoing, the petitioner and respondents agree to dismiss the instant petition, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(ii). Each party agrees to bear their own fees and costs.

Petitioner, by her attorneys,

_____/s/_____
Michael L. Chambers (ct.423287)
Law Offices of Michael L. Chambers Jr.
2 Congress Street
Hartford, CT 06106

_____/s/_____
Ronald S. Sullivan Jr.
Ronald Sullivan Law PLLC
1300 I Street NW, STE 400E
Washington, DC 20005
202-935-4347
rsullivan@ronaldsullivanlaw.com

_____/s/_____
Duncan P Levin
Levin & Associates, PLLC
44 Court Street Suite 905
Brooklyn, NY 11201
212-330-7626
Dlevin@levinpllc.Com

Respondents, by their attorneys,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Natalie N. Elicker*
NATALIE ELICKER (ct28458)
ASSISTANT U.S. ATTORNEY
157 Church Street, 25th Floor
New Haven, CT 06510
T: (203) 821-3700
F: (203) 773-5373
Natalie.Elicker@usdoj.gov