UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLARE BRONFMAN,<br><br>    Petitioner-Plaintiff,<br><br>v.<br><br>TIMETHEA PULLEN, in her official capacity as Warden of FCI Danbury; FEDERAL BUREAU OF PRISONS; BRYAN ANTONELLI, in his official capacity as Acting Regional Director of the Federal Bureau of Prisons' Northeast Region; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons,<br><br>    Respondents-Defendants. | Case No. 3:22-cv-838 (JAM) |

**ERRATA RE:**
**MOTION TO REOPEN CASE**

COMES NOW, Clare Bronfman, by and through undersigned counsel and submits this Errata the motion captioned above. On even date, it was brought to undersigned counsels' attention that the Motion to Reopen Case and Petition for a Writ of Habeas Corpus was filed with a Track Change comment visible page 1 of the document. The result is that the print is very small and difficult to read.

Accordingly, attached is a corrected version of the foregoing motion.


    Dated:    February 9, 2023                    Respectfully submitted,

                                                    **LAW OFFICE OF MICHAEL L.**
                                                    **CHAMBERS, JR.**


                                           By:__/s_____
                                                Michael L. Chambers (CT Bar No. 423287)
                                                2 Congress St
                                                Hartford, 06114
                                                michael@mchamberslaw.com

**RONALD SULLIVAN LAW, PLLC***
Ronald S. Sullivan Jr.
1300 I Street, N.W., Suite 400 E
Washington, D.C. 20005
 Tel.: (202) 313-8313

**LEVIN & ASSOCIATES, PLLC***
Duncan Levin
44 Court Street, Suite 905
Brooklyn, New York 11201
Tel.: (212) 330-7626
dlevin@levinpllc.com

*Admitted *pro hac vice*

*Counsel for Petitioner-Plaintiff Clare Bronfman*