# Exhibit 1

```
 DEVOG               *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2023
PAGE 001 OF                                                              09:12:33
     FUNCTION: L-P SCOPE: REG    EQ 91010-053    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _  REMEDY LEVEL: _ _            RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___       ___       ___       ___       ___       ___
        TYPE: ___       ___       ___       ___       ___       ___
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVOG            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       01-23-2023
PAGE 002 OF       *             FULL SCREEN FORMAT             *        09:12:33


REGNO: 91010-053 NAME: BRONFMAN, CLARE
RSP OF...: DAN UNT/LOC/DST: F                    QTR.: P03-008U   RCV OFC: PHL
REMEDY ID: 1073720-F1    SUB1: 13IM SUB2: 10ZM DATE RCV:    03-23-2021
UNT   RCV..:3 S CADRE    QTR RCV.: C04-346L      FACL RCV: PHL
UNT   ORG..:3 S CADRE    QTR ORG.: C04-346L      FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  PHL  1 NER  2 BOP  3   RESP DUE:  MON  04-12-2021
ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
STATUS DT: 04-01-2021   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 03-23-2021
REMARKS..: LEGAL DEPT INITAL REC'D 3-4-21. RETURNED TO U/M FOR
           REVIEW & ATTEMPT INFORMAL RESOLUTION.



REGNO: 91010-053 NAME: BRONFMAN, CLARE
RSP OF...: DAN UNT/LOC/DST: F                    QTR.: P03-008U   RCV OFC: NER
REMEDY ID: 1073720-R1    SUB1: 13IM SUB2: 10ZM DATE RCV:    04-16-2021
UNT   RCV..:3 S CADRE    QTR RCV.: C04-346L      FACL RCV: PHL
UNT   ORG..:3 S CADRE    QTR ORG.: C04-346L      FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  PHL  1 NER  2 BOP  3   RESP DUE:
ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
STATUS DT: 05-14-2021   STATUS CODE: REJ STATUS REASON: IRQ RSR
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 05-14-2021
REMARKS..:














 G0002       MORE PAGES TO FOLLOW . . .
```

```
 DEVOG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      01-23-2023
PAGE 003 OF      *             FULL SCREEN FORMAT              *      09:12:33


REGNO: 91010-053 NAME: BRONFMAN, CLARE
RSP OF...: DAN UNT/LOC/DST: F                    QTR.: P03-008U   RCV OFC: NER
REMEDY ID: 1073720-R2    SUB1: 13IM SUB2: 10ZM DATE RCV:    06-03-2021
UNT  RCV..:3 S CADRE     QTR RCV.: C04-337L      FACL RCV: PHL
UNT  ORG..:3 S CADRE     QTR ORG.: C04-346L      FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  PHL  1 NER  2 BOP  3   RESP DUE:  MON  08-02-2021
ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
STATUS DT: 08-16-2021   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: N DATE ENTD: 06-30-2021
REMARKS..:



REGNO: 91010-053 NAME: BRONFMAN, CLARE
RSP OF...: DAN UNT/LOC/DST: F                    QTR.: P03-008U   RCV OFC: BOP
REMEDY ID: 1073720-A1    SUB1: 13IM SUB2: 10ZM DATE RCV:    09-15-2021
UNT  RCV..:3 S CADRE     QTR RCV.: C04-337L      FACL RCV: PHL
UNT  ORG..:3 S CADRE     QTR ORG.: C04-346L      FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  PHL  1 NER  2 BOP  3   RESP DUE:
ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
STATUS DT: 09-27-2021   STATUS CODE: REJ STATUS REASON: ONE RSA OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 09-27-2021
REMARKS..: YOUR SEPARATE ARGUMENTS TO YOUR BP9 AND BP10 ARE
           CONSIDERED CONTINUATION PAGES. ONE CONTINUATION PAGE
           IS PERMITTED.




 G0002         MORE PAGES TO FOLLOW . . .
```

```
REGNO: 91010-053 NAME: BRONFMAN, CLARE
RSP OF...: DAN UNT/LOC/DST: F                    QTR.: P03-008U   RCV OFC: BOP
REMEDY ID: 1073720-A2     SUB1: 13IM SUB2: 10ZM DATE RCV:   10-08-2021
UNT  RCV..:3 S CADRE     QTR RCV.: C04-337L      FACL RCV: PHL
UNT  ORG..:3 S CADRE     QTR ORG.: C04-346L      FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  PHL  1 NER  2 BOP  3    RESP DUE:
ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
STATUS DT: 10-22-2021   STATUS CODE: REJ STATUS REASON: ONE QUA CPG RSA OTH
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 10-22-2021
REMARKS..: CUT 5 PAGE CONTINUATION TO ONLY 1 PAGE. ALSO PROVIDE
           4 COPIES OF THAT 1 PAGE.


REGNO: 91010-053 NAME: BRONFMAN, CLARE
RSP OF...: DAN UNT/LOC/DST: F                    QTR.: P03-008U   RCV OFC: BOP
REMEDY ID: 1073720-A3     SUB1: 13IM SUB2: 10ZM DATE RCV:   10-28-2021
UNT  RCV..:3 S CADRE     QTR RCV.: C04-337L      FACL RCV: PHL
UNT  ORG..:3 S CADRE     QTR ORG.: C04-346L      FACL ORG: PHL
EVT FACL.: PHL    ACC LEV:  PHL  1 NER  2 BOP  3    RESP DUE:  MON 12-27-2021
ABSTRACT.: PSF APPEAL & REQUESTS TRANSFER TO CAMP
STATUS DT: 01-18-2022   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: N EXT: N DATE ENTD: 11-16-2021
REMARKS..:




                   6 REMEDY SUBMISSION(S) SELECTED
     G0000       TRANSACTION SUCCESSFULLY COMPLETED
```